

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUN - 2 2010

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

LONZETTE K. GADDIS

VERSUS

WARDEN LOUISIANA STATE
PENITENTIARY

CIVIL ACTION NO. 07-cv-2122

JUDGE WALTER

MAGISTRATE JUDGE HORNSBY

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus is **denied** and that Petitioner's complaint is **dismissed with prejudice**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____2_____ day of _____June_____, 2010.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE